

Jeff Landry
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

June 20, 2017

*Via email only to ablanchfield@keoghcox.com*
Andrew Blanchfield
**KEOGH COX**
701 Main Street
Baton Rouge, LA 70802

      Re:    Notice of Appointment in *Perry Simms v. James LeBlanc, et al*
              DOJ #USM-17-202   ORM #16G0525SI0019   TPA #30177970858-0001

Dear Mr. Blanchfield:

Attorney General Jeff Landry has nominated your law firm to represent the following State agency and employees (hereinafter, "Defendants") in the above referenced matter:

- Department of Public Safety & Corrections
- James LeBlanc
- Raman Singh
- Stephanie LaMartiniere
- Lt. J. Butler
- Darryl Vannoy

In accord with La. R.S. 39:1533(B) and 49:258, J.S. Thompson, Jr., State Risk Director for the Office of Risk Management (ORM), has concurred with this appointment. ORM or its agent will be sending you an "Acknowledgment and Acceptance of Appointment" in the near future.

The Attorney General and ORM have approved the following rates:

| | |
|---|---|
| Attorneys with more than ten (10) years of experience | $175.00/hr |
| Attorneys with five (5) to (10) years of experience | $150.00/hr |
| Attorneys with less than (5) years of experience | $125.00/hr |
| Paralegals | $50.00/hr |
| Law Clerks | $40.00/hr |

Please review the attached documents to discern if you are able to accept appointment in this matter. Upon review of the documents, if there is a conflict prohibiting you from representing Defendants, please notify me immediately. Otherwise, please acknowledge your agreement to accept the appointment by completing the attached Appointment Acknowledgment form and returning it to:

    Louisiana Department of Justice
    Litigation Division
    P.O. Box 94005
    Baton Rouge, LA  70804-9005
    Attn:  Sonia Mallett, Director

Your signature on the Appointment Acknowledgment further signifies your agreement to submit invoices for service and comply with other deadlines in accordance with the Division of Administration, Office of Risk Management, Case Handling Guidelines and Billing Procedures (effective 7/1/2016), a copy of which will accompany the "Acknowledgment and Acceptance of Appointment" sent to you by ORM or its agent.

EXHIBIT A

Andrew Blanchfield
June 20, 2017
Page 2

---

As a condition of this appointment and in accordance with ORM's billing guidelines, you must notify the Louisiana Department of Justice of the name and contact information of the attorney in your office who is primarily responsible for handling this case and who is referred to as the "Billing Attorney." The Billing Attorney must sign all correspondence and pleadings in the manner illustrated in the example box below:

```
JEFF LANDRY
ATTORNEY GENERAL


By:_____
     [Billing Attorney's Name & Bar Roll No.]
     Special Assistant Attorney General
```

Should the identity of the Billing Attorney change within your firm, it is your responsibility to notify the Office of Risk Management and Sonia Mallett, Director of Litigation, of the name and contact information of the new Billing Attorney.

Your office should also advise the adjuster for the case of the identity of the Billing Attorney. Any requests or discussions concerning investigation or discovery should be handled directly with the adjuster assigned to the case.

In addition to meeting all deadlines and obligations as set forth in ORM's Case Handling Guidelines and Billing Procedures, in the event a judgment is rendered casting the State for money damages, you are required to contact the Office of Risk Management and Attorney General's Office for consultation on a decision whether to perfect an appeal or to permit the appeal delays to lapse and the judgment become final. You may not, in any case, permit the delays to lapse without the specific agreement of the Office of Risk Management and the specific concurrence of the Attorney General's Office.

Further, at the conclusion of this litigation, it is your obligation to notify the Office of the Attorney General, as well as the Office of Risk Management, that the litigation has concluded and the claim may be closed. It is imperative that you notify both offices regarding the closure of the claim so that our respective offices have an accurate reflection of the number of open claims against the State. You may accomplish this task by submitting an executed Notice of Case Closure form with supporting documentation (i.e. judgment, settlement documents, etc.) to the following address: LitigationDirector@ag.state.la.us. An electronic version of this form, as well as all reporting forms issued by ORM for use by contract counsel, can be accessed through the Office of Risk Management's website at www.doa.la.gov/Pages/orm/formsATTY-htm.aspx.

If you have questions with regard to this appointment or require additional clarification in order to consider accepting the appointment, please contact our office or the Office of Risk Management. We will make every effort to provide any assistance you may require.

Andrew Blanchfield
June 20, 2017
Page 3

---

                                        Sincerely,

                                        **JEFF LANDRY**
                                        **ATTORNEY GENERAL**

                            By: _____
                                        Sonia Mallett
                                        Director, Litigation Division

JL/SM/mzm
Enclosures

cc     Terrie Raffety, Sedgwick Examiner (terrie.raffety@sedgwickcms.com)



Jeff Landry
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

December 29, 2017

*Via email only to ablanchfield@keoghcox.com*
Andrew Blanchfield
**KEOGH COX**
701 Main Street
Baton Rouge, LA 70802

      Re:    Notice of Appointment in *Perry Simms v. James LeBlanc, et al*
              DOJ #USM-17-202   ORM #16G0525SI0019   TPA #30177970858-0001

Dear Mr. Blanchfield:

Attorney General Jeff Landry has nominated your law firm to represent the following State employee (hereinafter, "Defendant") in the above referenced matter:

- Darrell Thrasher

In accord with La. R.S. 39:1533(B) and 49:258, J.S. Thompson, Jr., State Risk Director for the Office of Risk Management (ORM), has concurred with this appointment. ORM or its agent will be sending you an "Acknowledgment and Acceptance of Appointment" in the near future.

The Attorney General and ORM have approved the following rates:

| | |
|---|---|
| Attorneys with more than ten (10) years of experience | $175.00/hr |
| Attorneys with five (5) to (10) years of experience | $150.00/hr |
| Attorneys with less than (5) years of experience | $125.00/hr |
| Paralegals | $50.00/hr |
| Law Clerks | $40.00/hr |

Please review the attached documents to discern if you are able to accept appointment in this matter. Upon review of the documents, if there is a conflict prohibiting you from representing Defendant, please notify me immediately. Otherwise, please acknowledge your agreement to accept the appointment by completing the attached Appointment Acknowledgment form and returning it to:

    Louisiana Department of Justice
    Litigation Division
    P.O. Box 94005
    Baton Rouge, LA 70804-9005
    Attn: Sonia Mallett, Director

Your signature on the Appointment Acknowledgment further signifies your agreement to submit invoices for service and comply with other deadlines in accordance with the Division of Administration, Office of Risk Management, Case Handling Guidelines and Billing Procedures (effective 7/1/2016), a copy of which will accompany the "Acknowledgment and Acceptance of Appointment" sent to you by ORM or its agent.

Andrew Blanchfield
December 29, 2017
Page 2

---

As a condition of this appointment and in accordance with ORM's billing guidelines, you must notify the Louisiana Department of Justice of the name and contact information of the attorney in your office who is primarily responsible for handling this case and who is referred to as the "Billing Attorney." The Billing Attorney must sign all correspondence and pleadings in the manner illustrated in the example box below:

```
JEFF LANDRY
ATTORNEY GENERAL


By:_____
    [Billing Attorney's Name & Bar Roll No.]
    Special Assistant Attorney General
```

Should the identity of the Billing Attorney change within your firm, it is your responsibility to notify the Office of Risk Management and Sonia Mallett, Director of Litigation, of the name and contact information of the new Billing Attorney.

Your office should also advise the adjuster for the case of the identity of the Billing Attorney. Any requests or discussions concerning investigation or discovery should be handled directly with the adjuster assigned to the case.

In addition to meeting all deadlines and obligations as set forth in ORM's Case Handling Guidelines and Billing Procedures, in the event a judgment is rendered casting the State for money damages, you are required to contact the Office of Risk Management and Attorney General's Office for consultation on a decision whether to perfect an appeal or to permit the appeal delays to lapse and the judgment become final. You may not, in any case, permit the delays to lapse without the specific agreement of the Office of Risk Management and the specific concurrence of the Attorney General's Office.

Further, at the conclusion of this litigation, it is your obligation to notify the Office of the Attorney General, as well as the Office of Risk Management, that the litigation has concluded and the claim may be closed. It is imperative that you notify both offices regarding the closure of the claim so that our respective offices have an accurate reflection of the number of open claims against the State. You may accomplish this task by submitting an executed Notice of Case Closure form with supporting documentation (i.e. judgment, settlement documents, etc.) to the following address: LitigationDirector@ag.state.la.us. An electronic version of this form, as well as all reporting forms issued by ORM for use by contract counsel, can be accessed through the Office of Risk Management's website at www.doa.la.gov/Pages/orm/formsATTY-htm.aspx.

If you have questions with regard to this appointment or require additional clarification in order to consider accepting the appointment, please contact our office or the Office of Risk Management. We will make every effort to provide any assistance you may require.

Andrew Blanchfield
December 29, 2017
Page 3

                                      Sincerely,

                                      **JEFF LANDRY**
                                      **ATTORNEY GENERAL**

                            By:_____
                                   Sonia Mallett
                                   Director, Litigation Division

JL/SM/cla
Enclosures

cc     Terrie Raffety, Sedgwick Examiner (terrie.raffety@sedgwickcms.com)