

Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796  F 225 343 9612

keoghcox.com

ANDREW BLANCHFIELD, Partner
ablanchfield@keoghcox.com

April 18, 2018

William Most
Attorney at Law
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170

  Re: Perry Simms v James LeBlanc, et al
    Number 3:17-cv-00202, USDC MDLA
    Our File No: 73.1728713

Dear Mr. Most:

 I am in receipt of and thank you for your email of April 11, 2018, regarding issues laid out in your December 17, 2017, correspondence, requesting documents in Interrogatories numbers 1-3 directed to Dr. Singh.  Please note that not only is this information not readily available, but that producing same would require a review of all medical charts of all inmates currently at Angola (approximately 6,000), which request is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.  Also, I don't believe that you are entitled to this information.  Further, this request does not meet the proportionality requirements of Federal rule of civil procedure 26(b)(1).  Furthermore, to produce these documents would violate HIPAA laws.

 Additionally, in connection with your email of April 11, 2018, regarding supplemental responses to Interrogatories propounded to Warden Lamartiniere and Warden Vannoy, please note that these responses we previously forwarded on November 20, 2017.  A copy of these responses has been attached.

 Additionally, Meghan is in the process of obtaining part-signed interrogatory responses.

 Finally, in connection with your email of April 12, 2018, regarding the sallyport logs that we forwarded which you believed are not sallyport logs, Meghan has contacted the Warden over health care to request these documents and will forward what we receive.

          Sincerely,

          **JEFF LANDRY**
          **Attorney General**

        By:_____
         Andrew Blanchfield (#16812)
         Special Assistant Attorney General

AB:mkb
Enclosures