UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**PERRY SIMMS**                                   **CIVIL ACTION NUMBER**

**VERSUS**                                              **17-202-JWD-EWD**

**JAMES LEBLANC, ET AL.**

### TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on September 27, 2018, with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **William B. Most**<br>Counsel for Plaintiff,<br>Perry Simms | **Andrew Blanchfield**<br>Counsel for Defendants,<br>James LeBlanc, *et al*. |

The conference was scheduled to discuss the following pending motions: 1) Motion to Strike Defendant Justin Butler's Answers;[1] 2) Motion to Compel Deposition of Defendant Justin Butler;[2] 3) Motion to Quash Deposition Notice and Subpoena for Deposition of Defendant Witness, Dr. Raman Singh;[3] and 4) Motion for Leave to Have Filed More than 25 Requests for Admission by Perry Simms.[4]

Regarding the Motion for Leave to Have Filed More than 25 Requests for Admission by Perry Simms,[5] the undersigned questioned counsel for the defendants as to whether there was any objection to the motion, as the motion indicated that the additional requests for admissions had already been answered. Counsel for the defendants indicated that defendants did not object to the motion. Accordingly, the motion will be granted.

---

[1] R. Doc. 27.
[2] R. Doc. 44.
[3] R. Doc. 50.
[4] R. Doc. 51.
[5] R. Doc. 51.

As to the Motion to Quash Deposition Notice and Subpoena for Deposition of Defendant Witness, Dr. Raman Singh,[6] counsel for the plaintiff indicated that counsel had discussions prior to the plaintiff issuing the subpoena for Dr. Singh's deposition, but had not reached an agreement. Plaintiff's counsel said the subpoena was issued due to the impending discovery deadline. Counsel for the defendants stated that the parties have already agreed Dr. Singh's testimony in the *Varnado* case can be used in this matter and that defendants are amenable to further discussions about use of Dr. Singh's testimony from other matters in this case or to making Dr. Singh available for a deposition. As counsel have indicated this matter is likely to be resolved upon further discussion, the motion will be denied as moot.

The court next discussed the Motion to Compel Deposition of Defendant Justin Butler[7] and Motion to Strike Defendant Justin Butler's Answers[8] with counsel. Defendants' response to the motion to compel states that defendants do not object to Mr. Butler's appearance at a deposition, but that defense counsel was having difficulty getting in touch with Mr. Butler. Defense counsel stated during the telephone conference that Mr. Butler has been located and will be made available for a deposition on October 5, 2018. Counsel for the plaintiff stated that, if the court would grant the motion to compel Mr. Butler's deposition on October 5, 2018, the motion to compel would be resolved. Accordingly, the motion to compel will be granted compelling Mr. Butler's deposition on October 5, 2018, or on such other date to which counsel will mutually agree. Due to the argument raised in the Motion to Strike Defendant Justin Butler's Answers[9] that the plaintiff believes Mr. Butler may not have consented to representation in this case, and the fact that Mr.

---

[6] R. Doc. 50.
[7] R. Doc. 44.
[8] R. Doc. 27.
[9] R. Doc. 27.

Butler's deposition has now been scheduled and he can be questioned regarding that issue, the motion to strike will be denied without prejudice to reurging, if necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Leave to Have Filed More than 25 Requests for Admission by Perry Simms[10] is **GRANTED**. Plaintiff is retroactively granted permission to propound the requests for admission exceeding 25 that have previously been responded to by the defendants.

**IT IS HEREBY FURTHER ORDERED** that Motion to Quash Deposition Notice and Subpoena for Deposition of Defendant Witness, Dr. Raman Singh[11] is **DENIED AS MOOT**.

**IT IS HEREBY ORDERED** that the Motion to Compel Deposition of Defendant Justin Butler[12] is **GRANTED**. Mr. Butler is compelled to attend a deposition on October 5, 2018, or on such other date to which counsel mutually agree.

**IT IS HEREBY ORDERED** that the Motion to Strike Defendant Justin Butler's Answers[13] is **DENIED WITHOUT PREJUDICE** to reurging within twenty-one (21) days following the conclusion of Mr. Butler's deposition, if necessary.

Signed in Baton Rouge, Louisiana, on September 27, 2018.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[10] R. Doc. 51.
[11] R. Doc. 50.
[12] R. Doc. 44.
[13] R. Doc. 27.