UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PERRY SIMMS** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 3:17-cv-00202 |
| | * | |
| **JAMES LEBLANC, RAMAN SINGH,** | * | JUDGE JOHN W. deGRAVELLES |
| **DARRYL VANNOY, STEPHANIE** | * | |
| **LAMARTINIERE, LT. J. BUTLER,** | * | MAGISTRATE JUDGE |
| **DEPT. OF PUBLIC SAFETY &** | * | ERIN WILDER-DOOMES |
| **CORRECTIONS, and DOES 1-10** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNDISPUTED FACTS

1. Prior to May 25, 2016, Perry Simms had no prior cardiac issues.[1]

2. On May 25, 2016 around 2:00 a.m. Simms made a complaint to Lt. Butler of chest pains.[2]

3. Simms was evaluated by an EMT. Simms reported that the chest pains were "annoying." Simms vitals were stable, he was presenting well and speaking in complete sentences, breathing adequately and had a strong pulse.[3]

4. EMT Thrasher determined that Simms was non-emergent, and told the security guard to get Simms to the treatment center once patrol was available.[4]

5. Justin Butler told Simms that he could sit in his office until patrol was available, but Simms declined. Butler told Simms to let him know he his chest pains returned or if he got worse during the night. Simms did not make any other complaints to Butler.[5]

---

[1] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[2] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[3] Deposition of Darrell Thrasher, Exhibit B, pp. 48, 52, 75, 88-89.

[4] Deposition of Darrell Thrasher, Exhibit B, pp. 48, 52, 74-75, 88-89; Deposition of Justin Butler, Exhibit C, pp. 101-102.

[5] Deposition of Justin Butler, Exhibit C, pp. 102-103.

6. Simms was transported to the treatment center once patrol was available. He reported that his chest pains lessened overnight. He was upright and speaking in full coherent sentences. Labs and an EKG were ordered. His troponin levels were elevated. He was given nitroglycerin spray, and his chest pain resolved.[6]

7. Simms was transported to Lane Regional Medical Center for further evaluation.[7]

8. At Lane, Simms reported that he had experienced chest pains, but denied any pain at the time of examination. He was being evaluated for elevated troponin levels. He was alert, oriented and had normal speech.[8]

9. The following day, on May 26, 2018, the doctors at Lane performed an elective cardiac catheterization, which revealed coronary artery disease.[9]

10. Simms was transferred to Our Lady of the Lake for surgical intervention. At intake, Simms was alert, oriented, had non-labored breathing, normal heart rate and good pulse. Simms was referred for a coronary bypass grafting. However, an echo cardiogram showed that he had a aortic insufficiency, so a valve replacement was also recommended.[10]

11. On May 30, 2018, Simms underwent a aortic valve replacement and a coronary artery bypass. The surgery was successful.[11]

---

[6] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[7] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[8] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[9] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[10] Affidavit of Dr. Colon and attached medical records, Exhibit A.

[11] Affidavit of Dr. Colon and attached medical records, Exhibit A.

12. After the surgery, Simms' doctor noted that he was "exceedingly well" and had no issues or complaints.[12]

        Respectfully submitted,

        **JEFF LANDRY**
        **Attorney General**

        By:    s/Andrew Blanchfield
            Andrew Blanchfield, T.A. (#16812)
            Email: ablanchfield@keoghcox.com
            C. Reynolds LeBlanc (#33937)
            Email: rleblanc@keoghcox.com
            John N. Grinton (#34571)
            Email:  jgrinton@keoghcox.com
            Chelsea A. Payne (#35952)
            Email: cpayne@keoghcox.com
            Special Assistant Attorneys General
            701 Main Street (70802)
            Post Office Box 1151
            Baton Rouge, Louisiana  70821
            Telephone:  (225) 383-3796
            Facsimile:  (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 19th day of October, 2018.

            s/Andrew Blanchfield
            ANDREW BLANCHFIELD

---

[12] Affidavit of Dr. Colon and attached medical records, Exhibit A.