# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PERRY SIMMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 3:17-cv-00202** |
| | * | |
| **JAMES LEBLANC, RAMAN SINGH,** | * | **JUDGE JOHN W. deGRAVELLES** |
| **DARRYL VANNOY, STEPHANIE** | * | |
| **LAMARTINIERE, LT. J. BUTLER,** | * | **MAGISTRATE JUDGE** |
| **DEPT. OF PUBLIC SAFETY &** | * | **ERIN WILDER-DOOMES** |
| **CORRECTIONS, and DOES 1-10** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come plaintiff, Perry Simms, and defendants, James LeBlanc, Secretary for the Louisiana Department of Public Safety & Corrections, Dr. Raman Singh, Medical/Mental Health Director of the Department of Public Safety & Corrections, Warden Darryl Vannoy, Warden Stephanie Lamartiniere,  the Department of Public Safety & Corrections, Justin Butler and Darrell Thrasher, who hereby inform the Court that they have entered in a binding settlement agreement that resolves all claims in this matter.  Appearers respectfully suggest that entry of a 60 day dismissal order would be appropriate.

(Signatures on following page)

Respectfully submitted,

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

/s/ William Most
_____
William Most (#36914)
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com
*(Counsel for Plaintiff, Perry Simms)*

By:____/s/ Andrew Blanchfield_____
      Andrew Blanchfield, T.A. (#16812)
      Email: ablanchfield@keoghcox.com
      Special Assistant Attorney General
      Post Office Box 1151
      Baton Rouge, Louisiana 70821
      Telephone:  (225) 383-3796
      Facsimile:  (225) 343-9612
      *(Counsel for Defendants, James LeBlanc, Secretary for the Louisiana Department of Public Safety & Corrections, Dr. Raman Singh, Medical/Mental Health Director of the Department of Public Safety & Corrections, Warden Darryl Vannoy, Warden Stephanie Lamartiniere, the Department of Public Safety & Corrections, Justin Butler and Darrell Thrasher)*